UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00341-FDW-DCK

| | |
|---|---|
| DUANE EVANS, JR., and SHANNON EVANS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BREG, INC., et al., )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court, *sua sponte*, following an Order from the United States District Court for the District of Minnesota transferring the above captioned matter to the Western District of North Carolina. (Doc. No. 59). In light of this transfer and to ensure the Court is aware of the matters pending in this case, the parties are instructed to re-file any answers, responsive pleadings, or pending motions.

IT IS SO ORDERED.

Signed: July 29, 2010

Frank D. Whitney
United States District Judge